# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ATIBA A. JORDAN         :        CHAPTER 13
                                :
   Debtor                       :        BANKRUPTCY NO. 19-16658

## ORDER

**AND NOW**, this   14th   day of  November  , 2019, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge