United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-16658-amc
Atiba A. Jordan                                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Virginia            Page 1 of 1            Date Rcvd: Nov 14, 2019
                            Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
```
db             +Atiba A. Jordan,    3576 Vista Drive,    Macungie, PA 18062-2148
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14410390        Educational Cred Mgmt,    111 Washington Ave,    Minneapolis, MN 55401
14410391       +Fayfinancial,    1601 Lbj Freeway,    Farmers Branch, TX 75234-6034
14410393        Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
14412266       +Wilmington Trust, National Association,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14412094       +Wilmington Trust, National Association, not in its,    C/O KML Law Group,
                 701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14410388       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:49:26      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
14416065       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2019 03:48:59
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14410389       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:49:26
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
14417663        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 04:01:28      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14410392       +E-mail/PDF: pa_dc_claims@navient.com Nov 15 2019 03:48:18      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
                                                                                              TOTAL: 7
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Atiba A. Jordan support@ymalaw.com,
               ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-2 "MFRA Trust 2014-2
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ATIBA A. JORDAN    :    CHAPTER 13
:
**Debtor**    :    BANKRUPTCY NO. 19-16658

## ORDER

**AND NOW**, this 14th day of November, 2019, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge