*ATIBA JORDAN*

## MaBSTOA
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | BMW-MaBSTOA Hourly |
| Pay Begin Date: | 09/29/19 |
| Pay End Date: | 10/12/19 |

| | |
|---|---|
| Business Unit: | MABST |
| Advice #: | 1468420 |
| Advice Date: | 10/16/19 |

Atiba A Jordan
3576 Vista Drive
Macungie, PA 18062
Employee ID: 1075437
Agency Empl ID: M27502

Department: 3622 L3: 3600
Location: NYCTA
Pay Rate: $34.069073 Hourly
Pension #:
Pen Gross: $4,174.01  YTD: $58,715.32

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 1 | 0 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 29.35 | 999.93 | 819.30 | 27,912.80 |
| Scheduled Overtime | 34.069073 | 9.17 | 312.42 | 252.72 | 8,610.00 |
| NYCT O/T Bonus | 17.034537 | 2.03 | 34.58 | 19.42 | 331.22 |
| Other Leave Pmts | 34.069073 | 4.62 | 157.40 | 25.72 | 876.25 |
| Sick Pay | 34.069073 | 73.40 | 2,500.67 | 156.86 | 5,344.06 |
| O/T Bonus - Sched | 17.034537 | 8.80 | 149.90 | 152.89 | 2,608.36 |
| Night Differential | 1.475775 | 12.95 | 19.11 | 138.13 | 203.86 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| Hol / AVA / Per / Bday | | | 0.00 | 79.79 | 2,718.36 |
| Other Diff Premium | | | 0.00 | 38.70 | 38.70 |
| Hours Adjustment | | | 0.00 | 19.83 | 675.59 |
| Holiday - Cash In | | | 0.00 | 6.30 | 214.64 |
| Vac Waiver Offset | | | 0.00 | 48.00 | 1,635.32 |
| Vacation Waiver | | | 0.00 | | 0.00 |
| Vacation Pay | | | 0.00 | 138.36 | 4,713.81 |
| Bonus FLSA Excluded | | | 0.00 | 72.26 | 1,230.92 |
| Other Leave - FLSA Exclude | | | 0.00 | 18.53 | 631.30 |
| Longevity Payment | | | 0.00 | | 38.46 |
| NYCT Straight Time Overtime | | | 0.00 | 12.67 | 431.67 |
| FLSA Adjustments | | | 0.00 | | 4.35 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 260.16 | 2,100.00 |
| Fed MED/EE | 52.45 | 723.49 |
| Fed OASDI/EE | 224.28 | 3,093.56 |
| NYS Withholdng | 177.57 | 2,556.90 |
| **TOTAL:** | **714.46** | **8,473.95** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.33 | 3,166.66 |
| HealthBenefitContributn | 54.52 | 799.45 |
| FSA Health - NYCT Rep | 112.50 | 2,250.00 |
| 457 | 626.10 | 5,913.42 |
| Medical - Represented | 26.34 | 553.14 |
| Parking - Before Tax | 205.00 | 2,050.00 |
| PENSION | 83.48 | 1,174.29 |
| **TOTAL:** | **1,266.27** | **15,906.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Travelers Insurance | 154.46 | 2,617.08 |
| NYCT-TWU-Local 100 | 30.77 | 646.17 |
| TWU Retirement Counsil | 1.50 | 31.50 |
| OA-Pen-Loan###(112) | 81.70 | 1,470.60 |
| OA-PN2-LOANXXX(69) | 175.64 | 3,688.44 |
| Disability Deduction | 1.20 | 25.20 |
| TransportWrkrUnionLocal | 2.00 | 42.00 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMEN | 0.00 | -540.55 |
| **TOTAL:** | **447.27** | **8,797.47** |

| TOTAL: | Current | YTD |
|---|---|---|
| | 4,174.01 | 58,715.32 |

### Taxable Earnings

| | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 3,342.91 | 50,751.90 |
| Federal Taxable Earnings | 2,907.74 | 42,808.36 |

Taxable Benefit   Current   YTD

### NET PAY DISTRIBUTION
Advice #0000000001468420   $1,746.01

**TOTAL:**   $1,746.01

**Leave Balance / PTO**   Hours

**MESSAGE:**

---

## MaBSTOA
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 10/16/19
Advice No. 1468420

**Deposit Amount:** $1,746.01

**To the Account(s) Of**
ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062

Location: 00410

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $1,746.01 |
| Total: | | $1,746.01 |

**NON-NEGOTIABLE**

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| Pay Group: | BMW-MaBSTOA Hourly | Business Unit: | MABST |
|---|---|---|---|
| Pay Begin Date: | 09/15/19 | Advice #: | 1460350 |
| Pay End Date: | 09/28/19 | Advice Date: | 10/02/19 |

| | | | |
|---|---|---|---|
| Atiba A Jordan | Department: 3622 L3: 3600 | | |
| 3576 Vista Drive | Location: NYCTA | | |
| Macungie, PA 18062 | Pay Rate: $34.069073 Hourly | | |
| Employee ID: 1075437 | Pension #: | | |
| Agency Empl ID: M27502 | Pen Gross: $4,293.40  YTD: $54,541.31 | | |

**TAX DATA:** Federal / NY State / Local
Marital Status: Married / Married
Allowances: 99 / 0
Addl. Pct:
Addl. Amt:

### HOURS AND EARNINGS

| Description | Rate | Hours (Current) | Earnings (Current) | Hours (YTD) | Earnings (YTD) |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 80.00 | 2,725.52 | 789.95 | 26,912.87 |
| NYCT Straight Time Overtime | 34.069073 | 0.92 | 31.34 | 12.67 | 431.67 |
| Scheduled Overtime | 34.069073 | 28.34 | 965.52 | 243.55 | 8,297.58 |
| NYCT O/T Bonus | 17.034537 | 1.03 | 17.54 | 17.39 | 292.29 |
| O/T Bonus - Sched | 17.034537 | 5.55 | 94.54 | 144.09 | 2,458.46 |
| Night Differential | 1.475775 | 15.92 | 23.49 | 125.18 | 184.75 |
| Bonus FLSA Excluded | 17.034537 | 25.51 | 434.55 | 72.26 | 1,230.92 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| Other Leave Pmts | | | 0.00 | 21.10 | 718.85 |
| Hol / AVA / Per / Bday | | | 0.00 | 79.79 | 2,718.36 |
| Sick Pay | | | 0.00 | 83.46 | 2,843.39 |
| Other Diff Premium | | | 0.00 | 38.70 | 38.70 |
| Hours Adjustment | | | 0.00 | 19.83 | 675.59 |
| Holiday - Cash In | | | 0.00 | 6.30 | 214.64 |
| Vac Waiver Offset | | | 0.00 | 48.00 | 1,635.32 |
| Vacation Waiver | | | 0.00 | | 0.00 |
| Vacation Pay | | | 0.00 | 138.36 | 4,713.81 |
| Other Leave - FLSA Exclude | | | 0.00 | 18.53 | 631.30 |
| Longevity Payment | | | 0.00 | | 38.46 |
| FLSA Adjustments | | | 0.90 | | 4.35 |
| **TOTAL:** | | | **4,293.40** | | **54,541.31** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 1,839.84 |
| Fed MED/EE | 57.55 | 671.04 |
| Fed OASDI/EE | 246.07 | 2,869.28 |
| NYS Withholdng | 197.26 | 2,379.33 |
| **TOTAL:** | **500.88** | **7,759.49** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.34 | 3,008.33 |
| 457 | 644.01 | 5,287.32 |
| Medical - Represented | 26.34 | 526.80 |
| FSA Health - NYCT Rep | 112.50 | 2,137.50 |
| HealthBenefitContributn | 27.26 | 744.93 |
| PENSION | 85.87 | 1,090.81 |
| Parking - Before Tax | 0.00 | 1,845.00 |
| **TOTAL:** | **1,054.32** | **14,640.69** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TransportWrkrUnionLocal | 2.00 | 40.00 |
| NYCT-TWU-Local 100 | 30.77 | 615.40 |
| TWU Retirement Counsil | 1.50 | 30.00 |
| OA-Pen-Loan###(113) | 81.70 | 1,388.90 |
| OA-PN2-LOANXXX(70) | 175.64 | 3,512.80 |
| Disability Deduction | 1.20 | 24.00 |
| Travelers Insurance | 154.46 | 2,462.62 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMEN | 0.00 | -540.55 |
| **TOTAL:** | **447.27** | **8,350.20** |

### Taxable Earnings

| | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 3,649.39 | 47,408.99 | | | |
| Federal Taxable Earnings | 3,239.08 | 39,900.62 | | | |

**Leave Balance / PTO** — Hours

### NET PAY DISTRIBUTION
Advice #000000001460350 — $2,290.93
**TOTAL:** $2,290.93

MESSAGE:

---

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 10/02/19
Advice No. 1460350

**Deposit Amount:** $2,290.93

**To the Account(s) Of**
ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062

Location: 00410

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $2,290.93 |
| **Total:** | | **$2,290.93** |

**NON-NEGOTIABLE**

## MaBSTOA
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | BMW-MaBSTOA Hourly |
| Pay Begin Date: | 09/01/19 |
| Pay End Date: | 09/14/19 |
| Business Unit: | MABST |
| Advice #: | 1452295 |
| Advice Date: | 09/18/19 |

Atiba A Jordan
3576 Vista Drive
Macungie, PA 18062
Employee ID: 1075437
Agency Empl ID: M27502

Department: 3622 L3: 3600
Location: NYCTA
Pay Rate: $34.069073 Hourly
Pension #:
Pen Gross: $1,783.41  YTD: $50,247.91

### TAX DATA

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 99 | 0 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 32.00 | 1,090.21 | 709.95 | 24,187.35 |
| NYCT Straight Time Overtime | 34.069073 | 2.55 | 86.88 | 11.75 | 400.33 |
| Scheduled Overtime | 34.069073 | 10.79 | 367.61 | 215.21 | 7,332.06 |
| NYCT O/T Bonus | 17.034537 | 2.57 | 43.78 | 16.36 | 278.95 |
| O/T Bonus - Sched | 17.034537 | 10.93 | 186.19 | 138.54 | 2,363.17 |
| Night Differential | 1.475775 | 5.92 | 8.74 | 109.26 | 161.26 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| Other Leave Pmts | | | 0.00 | 21.10 | 718.85 |
| Hol / AVA / Per / Bday | | | 0.00 | 79.79 | 2,718.36 |
| Sick Pay | | | 0.00 | 83.46 | 2,843.39 |
| Other Diff Premium | | | 0.00 | 38.70 | 38.70 |
| Hours Adjustment | | | 0.00 | 19.83 | 675.59 |
| Holiday - Cash In | | | 0.00 | 6.30 | 214.64 |
| Vac Waiver Offset | | | 0.00 | 48.00 | 1,635.32 |
| Vacation Waiver | | | 0.00 | | 0.00 |
| Vacation Pay | | | 0.00 | 138.36 | 4,713.81 |
| Bonus FLSA Excluded | | | 0.00 | 46.75 | 796.37 |
| Other Leave - FLSA Exclude | | | 0.00 | 18.53 | 631.30 |
| Longevity Payment | | | 0.00 | | 38.46 |
| FLSA Adjustments | | | 0.00 | | 3.45 |
| **TOTAL:** | | | **1,783.41** | | **50,247.91** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 1,839.84 |
| Fed MED/EE | 17.79 | 613.49 |
| Fed OASDI/EE | 76.06 | 2,623.21 |
| NYS Withholdng | 51.38 | 2,182.07 |
| **TOTAL:** | **145.23** | **7,258.61** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.33 | 2,849.99 |
| HealthBenefitContributn | 54.52 | 717.67 |
| FSA Health - NYCT Rep | 112.50 | 2,025.00 |
| 457 | 267.51 | 4,643.31 |
| Medical - Represented | 26.34 | 500.46 |
| Parking - Before Tax | 205.00 | 1,845.00 |
| PENSION | 35.67 | 1,004.94 |
| **TOTAL:** | **859.87** | **13,586.37** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Travelers Insurance | 154.46 | 2,308.16 |
| NYCT-TWU-Local 100 | 30.77 | 584.63 |
| TWU Retirement Counsil | 1.50 | 28.50 |
| OA-Pen-Loan###(114) | 81.70 | 1,307.20 |
| OA-PN2-LOANXXX(71) | 175.64 | 3,337.16 |
| Disability Deduction | 1.20 | 22.80 |
| TransportWrkrUnionLocal | 2.00 | 38.00 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMEN | 0.00 | -540.55 |
| **TOTAL:** | **447.27** | **7,902.93** |

### Taxable Earnings

| | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 1,310.90 | 43,759.60 |
| Federal Taxable Earnings | 923.54 | 36,661.54 |

Taxable Benefit    Current    YTD

### Leave Balance / PTO    Hours

### NET PAY DISTRIBUTION
Advice #000000001452295    $331.04

**TOTAL:**    $331.04

MESSAGE:

---

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 09/18/19
Advice No. 1452295

**Deposit Amount:** $331.04

**To the Account(s) Of**
ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062

Location: 00410

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $331.04 |
| Total: | | $331.04 |

**NON-NEGOTIABLE**

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY  11201

| Pay Group: | BMW-MaBSTOA Hourly | Business Unit: | MABST |
|---|---|---|---|
| Pay Begin Date: | 08/18/19 | Advice #: | 1444188 |
| Pay End Date: | 08/31/19 | Advice Date: | 09/04/19 |

| Atiba A Jordan | Department: | 3622 L3: 3600 |
|---|---|---|
| 3576 Vista Drive | Location: | NYCTA |
| Macungie, PA 18062 | Pay Rate: | $34.069073 Hourly |
| Employee ID: 1075437 | Pension #: | |
| Agency Empl ID: M27502 | Pen Gross: | $3,788.49  YTD: $48,464.50 |

| TAX DATA: | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 99 | 0 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 72.00 | 2,452.97 | 677.95 | 23,097.14 |
| Scheduled Overtime | 34.069073 | 25.80 | 878.99 | 204.42 | 6,964.45 |
| NYCT O/T Bonus | 17.034537 | 0.80 | 13.63 | 13.79 | 235.17 |
| O/T Bonus - Sched | 17.034537 | 13.76 | 234.40 | 127.61 | 2,173.53 |
| Night Differential | 1.475775 | 11.80 | 17.41 | 103.34 | 152.52 |
| Bonus FLSA Excluded | 17.034537 | 11.20 | 190.79 | 46.75 | 796.37 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| Other Leave Pmts | | | 0.00 | 21.10 | 718.85 |
| Hol / AVA / Per / Bday | | | 0.00 | 79.79 | 2,718.36 |
| Sick Pay | | | 0.00 | 83.46 | 2,843.39 |
| Other Diff Premium | | | 0.00 | 38.70 | 38.70 |
| Hours Adjustment | | | 0.00 | 19.83 | 675.59 |
| Holiday - Cash In | | | 0.00 | 6.30 | 214.64 |
| Vac Waiver Offset | | | 0.00 | 48.00 | 1,635.32 |
| Vacation Waiver | | | 0.00 | | 0.00 |
| Vacation Pay | | | 0.00 | 138.36 | 4,713.81 |
| Other Leave - FLSA Exclude | | | 0.00 | 18.53 | 631.30 |
| Longevity Payment | | | 0.00 | | 38.46 |
| NYCT Straight Time Overtime | | | 0.00 | 9.20 | 313.45 |
| FLSA Adjustments | | | 0.30 | | 3.45 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 1,839.84 |
| Fed MED/EE | 50.62 | 595.70 |
| Fed OASDI/EE | 216.46 | 2,547.15 |
| NYS Withholdng | 169.95 | 2,130.69 |
| **TOTAL:** | **437.03** | **7,113.38** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.34 | 2,691.66 |
| 457 | 568.27 | 4,375.80 |
| Medical - Represented | 26.34 | 474.12 |
| FSA Health - NYCT Rep | 112.50 | 1,912.50 |
| PENSION | 75.77 | 969.27 |
| Parking - Before Tax | 0.00 | 1,640.00 |
| HealthBenefitContributn | 0.00 | 663.15 |
| **TOTAL:** | **941.22** | **12,726.50** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TransportWrkrUnionLocal | 2.00 | 36.00 |
| NYCT-TWU-Local 100 | 30.77 | 553.86 |
| TWU Retirement Counsil | 1.50 | 27.00 |
| OA-Pen-Loan###(115) | 81.70 | 1,225.50 |
| OA-PN2-LOANXXX(72) | 175.64 | 3,161.52 |
| Disability Deduction | 1.20 | 21.60 |
| Travelers Insurance | 154.46 | 2,153.70 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMEN | 0.00 | -540.55 |
| **TOTAL:** | **447.27** | **7,455.66** |

| TOTAL: | | 3,788.49 | | 48,464.50 |
|---|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 3,220.22 | 42,448.70 | | | |
| Federal Taxable Earnings | 2,847.27 | 35,738.00 | | | |

**Leave Balance / PTO**   Hours

**NET PAY DISTRIBUTION**
Advice #000000001444188        $1,962.97

TOTAL:        $1,962.97

MESSAGE:

---

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY  11201

**Deposit Amount:**  $1,962.97

**To the Account(s) Of**   ATIBA A JORDAN
3576 Vista Drive
Macungie, PA  18062

Location: 00410

**Date:** 09/04/19

**Advice No.** 1444188

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $1,962.97 |
| Total: | | $1,962.97 |

**NON-NEGOTIABLE**

| MaBSTOA | | | | Pay Group: BMW-MaBSTOA Hourly | Business Unit: MABST |
|---|---|---|---|---|---|
| Treasury Department, Room 7085, 130 Livingston Street | | | | Pay Begin Date: 08/04/19 | Advice #: 1436059 |
| Brooklyn, NY 11201 | | | | Pay End Date: 08/17/19 | Advice Date: 08/21/19 |

| Atiba A Jordan | Department: 3622 L3: 3600 | TAX DATA: | Federal | NY State | Local |
|---|---|---|---|---|---|
| 3576 Vista Drive | Location: NYCTA | Marital Status: | Married | Married | |
| Macungie, PA 18062 | Pay Rate: $34.069073 Hourly | Allowances: | 99 | 0 | |
| Employee ID: 1075437 | Pension #: | Addl. Pct: | | | |
| Agency Empl ID: M27502 | Pen Gross: $2,123.47 YTD: $44,676.01 | Addl. Amt: | | | |

### HOURS AND EARNINGS

| | | ----- Current ----- | | ----- YTD ----- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Pay | 34.069073 | 32.00 | 1,090.21 | 605.95 | 20,644.17 |
| NYCT Straight Time Overtime | 34.069073 | 0.42 | 14.31 | 9.20 | 313.45 |
| Scheduled Overtime | 34.069073 | 11.27 | 383.96 | 178.62 | 6,085.46 |
| NYCT O/T Bonus | 17.034537 | 1.30 | 22.14 | 12.99 | 221.54 |
| Sick Pay | 34.069073 | 12.23 | 416.66 | 83.46 | 2,843.39 |
| O/T Bonus - Sched | 17.034537 | 10.93 | 186.19 | 113.85 | 1,942.28 |
| Night Differential | 1.475775 | 6.78 | 10.00 | 91.54 | 135.11 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| Other Leave Pmts | | | 0.00 | 21.10 | 718.85 |
| Hol / AVA / Per / Bday | | | 0.00 | 79.79 | 2,718.36 |
| Other Diff Premium | | | 0.00 | 38.70 | 38.70 |
| Hours Adjustment | | | 0.00 | 19.83 | 675.59 |
| Holiday - Cash In | | | 0.00 | 6.30 | 214.64 |
| Vac Waiver Offset | | | 0.00 | 48.00 | 1,635.32 |
| Vacation Waiver | | | 0.00 | | 0.00 |
| Vacation Pay | | | 0.00 | 138.36 | 4,713.81 |
| Bonus FLSA Excluded | | | 0.00 | 35.55 | 605.58 |
| Other Leave - FLSA Exclude | | | 0.00 | 18.53 | 631.30 |
| Longevity Payment | | | 0.00 | | 38.46 |
| FLSA Adjustments | | | 0.00 | | 3.15 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 1,839.84 |
| Fed MED/EE | 23.11 | 545.08 |
| Fed OASDI/EE | 98.83 | 2,330.69 |
| NYS Withholdng | 69.33 | 1,960.74 |
| **TOTAL:** | **191.27** | **6,676.35** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.33 | 2,533.32 |
| HealthBenefitContributn | 27.26 | 663.15 |
| FSA Health - NYCT Rep | 112.50 | 1,800.00 |
| 457 | 318.52 | 3,807.53 |
| Medical - Represented | 26.34 | 447.78 |
| Parking - Before Tax | 205.00 | 1,640.00 |
| PENSION | 42.47 | 893.50 |
| **TOTAL:** | **890.42** | **11,785.28** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Travelers Insurance | 154.46 | 1,999.24 |
| NYCT-TWU-Local 100 | 30.77 | 523.09 |
| TWU Retirement Counsil | 1.50 | 25.50 |
| OA-Pen-Loan###(116) | 81.70 | 1,143.80 |
| OA-PN2-LOANXXX(73) | 175.64 | 2,985.88 |
| Disability Deduction | 1.20 | 20.40 |
| TransportWrkrUnionLocal | 2.00 | 34.00 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMEN | 0.00 | -540.55 |
| **TOTAL:** | **447.27** | **7,008.39** |

| **TOTAL:** | | | **2,123.47** | | **44,676.01** |
|---|---|---|---|---|---|

| Taxable Earnings | Current | YTD | Taxable Benefit | Current | YTD |
|---|---|---|---|---|---|
| NYS Taxable Earnings | 1,599.95 | 39,228.48 | | | |
| Federal Taxable Earnings | 1,233.05 | 32,890.73 | | | |

| Leave Balance / PTO | Hours |
|---|---|
| | |

### NET PAY DISTRIBUTION

Advice #000000001436059      $594.51

**TOTAL:**      $594.51

MESSAGE:

---

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 08/21/19

Advice No. 1436059

**Deposit Amount:** $594.51

**To the Account(s) Of**  ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062

Location: 00410

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $594.51 |
| **Total:** | | **$594.51** |

**NON-NEGOTIABLE**

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | BMW-MaBSTOA Hourly |
| Pay Begin Date: | 07/21/19 |
| Pay End Date: | 08/03/19 |
| Business Unit: | MABST |
| Advice #: | 1427877 |
| Advice Date: | 08/07/19 |

Atiba A Jordan
3576 Vista Drive
Macungie, PA 18062
Employee ID: 1075437
Agency Empl ID: M27502

Department: 3622 L3: 3600
Location: NYCTA
Pay Rate: $34.069073 Hourly
Pension #:
Pen Gross: $2,092.56 YTD: $42,552.54

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 99 | 0 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 32.00 | 1,090.21 | 573.95 | 19,553.96 |
| Scheduled Overtime | 34.069073 | 11.47 | 390.78 | 167.35 | 5,701.50 |
| Sick Pay | 34.069073 | 12.23 | 416.66 | 71.23 | 2,426.73 |
| O/T Bonus - Sched | 17.034537 | 10.93 | 186.19 | 102.92 | 1,756.09 |
| Night Differential | 1.475775 | 5.91 | 8.72 | 84.76 | 125.11 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| NYCT O/T Bonus | | | 0.00 | 11.69 | 199.40 |
| Other Leave Pmts | | | 0.00 | 21.10 | 718.85 |
| Hol / AVA / Per / Bday | | | 0.00 | 79.79 | 2,718.36 |
| Other Diff Premium | | | 0.00 | 38.70 | 38.70 |
| Hours Adjustment | | | 0.00 | 19.83 | 675.59 |
| Holiday - Cash In | | | 0.00 | 6.30 | 214.64 |
| Vac Waiver Offset | | | 0.00 | 48.00 | 1,635.32 |
| Vacation Waiver | | | 0.00 | | 0.00 |
| Vacation Pay | | | 0.00 | 138.36 | 4,713.81 |
| Bonus FLSA Excluded | | | 0.00 | 35.55 | 605.58 |
| Other Leave - FLSA Exclude | | | 0.00 | 18.53 | 631.30 |
| Longevity Payment | | | 0.00 | | 38.46 |
| NYCT Straight Time Overtime | | | 0.00 | 8.78 | 299.14 |
| FLSA Adjustments | | | 0.00 | | 3.15 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 1,839.84 |
| Fed MED/EE | 25.25 | 521.97 |
| Fed OASDI/EE | 107.93 | 2,231.86 |
| NYS Withholdng | 80.43 | 1,891.41 |
| **TOTAL:** | **213.61** | **6,485.08** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.34 | 2,374.99 |
| 457 | 313.88 | 3,489.01 |
| Medical - Represented | 26.34 | 421.44 |
| FSA Health - NYCT Rep | 112.50 | 1,687.50 |
| HealthBenefitContributn | 54.52 | 635.89 |
| PENSION | 41.85 | 851.03 |
| Parking - Before Tax | 0.00 | 1,435.00 |
| **TOTAL:** | **707.43** | **10,894.86** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TransportWrkrUnionLocal | 2.00 | 32.00 |
| NYCT-TWU-Local 100 | 30.77 | 492.32 |
| TWU Retirement Counsil | 1.50 | 24.00 |
| OA-Pen-Loan###(117) | 81.70 | 1,062.10 |
| OA-PN2-LOANXXX(74) | 175.64 | 2,810.24 |
| Disability Deduction | 1.20 | 19.20 |
| Travelers Insurance | 154.46 | 1,844.78 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMEN | 0.00 | -540.55 |
| **TOTAL:** | **447.27** | **6,561.12** |

| **TOTAL:** | | 2,092.56 | | 42,552.54 |
|---|---|---|---|---|

| Taxable Earnings | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 1,778.68 | 37,628.53 |
| Federal Taxable Earnings | 1,385.13 | 31,657.68 |

**Leave Balance / PTO** — Hours

**NET PAY DISTRIBUTION**
Advice #0000000001427877       $724.25

**TOTAL:**       $724.25

MESSAGE:

---

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Date: 08/07/19

Advice No. 1427877

**Deposit Amount:** $724.25

**To the Account(s) Of**
ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062

Location: 00410

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxx6211 | $724.25 |
| Total: | | $724.25 |

**NON-NEGOTIABLE**