**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

| | |
|---|---|
| Pay Group: | BMW-MaBSTOA Hourly |
| Pay Begin Date: | 10/13/19 |
| Pay End Date: | 10/26/19 |

| | |
|---|---|
| Business Unit: | MABST |
| Advice #: | 1476463 |
| Advice Date: | 10/30/19 |

Atiba A Jordan
3576 Vista Drive
Macungie, PA 18062
Employee ID: 1075437
Agency Empl ID: M27502

Department: 3622 L3 3600
Location: NYCTA
Pay Rate: $34.069073 Hourly
Pension #:
Pen Gross: $2,840.33 YTD: $61,555.65

**TAX DATA:**

| | Federal | NY State | Local |
|---|---|---|---|
| Marital Status: | Married | Married | |
| Allowances: | 2 | 0 | |
| Addl. Pct: | | | |
| Addl. Amt: | | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 34.069073 | 58.15 | 1,981.12 | 877.45 | 29,893.92 |
| NYCT Straight Time Overtime | 34.069073 | 1.75 | 59.62 | 14.42 | 491.29 |
| Scheduled Overtime | 34.069073 | 14.11 | 480.72 | 266.83 | 9,090.72 |
| NYCT O/T Bonus | 17.034537 | 1.07 | 18.22 | 20.49 | 344.46 |
| O/T Bonus - Sched | 17.034537 | 8.05 | 137.13 | 160.94 | 2,746.12 |
| Night Differential | 1.475775 | 9.94 | 14.67 | 148.07 | 218.53 |
| Other Diff Premium | 1.000000 | 2.92 | 2.92 | 41.62 | 41.62 |
| Bonus FLSA Excluded | 17.034537 | 8.52 | 145.13 | 80.78 | 1,376.05 |
| Lump Sum - Pensionable | | | 0.00 | | 500.00 |
| Other Leave Pmts | | | 0.00 | 25.72 | 876.25 |
| Hol / AVA / Per / Bday | | | 0.00 | 79.79 | 2,718.36 |
| Sick Pay | | | 0.00 | 156.86 | 5,344.06 |
| Hours Adjustment | | | 0.00 | 19.83 | 675.59 |
| Holiday - Cash In | | | 0.00 | 6.30 | 214.64 |
| Vac Waiver Offset | | | 0.00 | -48.00 | -1,635.32 |
| Vacation Waiver | | | 0.00 | | 0.00 |
| Vacation Pay | | | 0.00 | 138.36 | 4,713.81 |
| Other Leave - FLSA Exclude | | | 0.00 | 18.53 | 631.30 |
| Longevity Payment | | | 0.00 | | 38.46 |
| FLSA Adjustments | | | 0.80 | | 5.15 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 132.54 | 2,232.54 |
| Fed MED/EE | 36.09 | 759.58 |
| Fed OASDI/EE | 154.29 | 3,247.85 |
| NYS Withholding | 119.90 | 2,676.80 |
| **TOTAL:** | **442.82** | **8,916.77** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| FSA Dep Care - NYCT Rep | 158.34 | 3,325.00 |
| 457 | 426.05 | 6,339.47 |
| Medical - Represented | 26.34 | 579.48 |
| FSA Health - NYCT Rep | 112.50 | 2,362.50 |
| HealthBenefitContribtn | 54.52 | 853.97 |
| PENSION | 56.81 | 1,231.10 |
| Parking - Before Tax | 0.00 | 2,050.00 |
| **TOTAL:** | **834.56** | **16,741.52** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TransportWrkrUnionLocal | 2.00 | 44.00 |
| NYCT-TWU-Local 100 | 30.77 | 676.94 |
| TWU Retirement Counsil | 1.50 | 33.00 |
| OA-Pen-Loan###(111) | 81.70 | 1,552.30 |
| OA-PN2-LOANXXX(68) | 175.64 | 3,864.08 |
| Disability Deduction | 1.20 | 26.40 |
| Travelers Insurance | 154.46 | 2,771.54 |
| Garnish-Student | 0.00 | 817.03 |
| GARNISHMENT ADJUSTMEN | 0.00 | -540.55 |
| **TOTAL:** | **447.27** | **9,244.74** |

| | Current | YTD |
|---|---|---|
| **TOTAL:** | 2,840.33 | 61,555.65 |

| Taxable Earnings | Current | YTD |
|---|---|---|
| NYS Taxable Earnings | 2,414.28 | 53,166.18 |
| Federal Taxable Earnings | 2,005.77 | 44,814.13 |

Taxable Benefit — Current — YTD

**Leave Balance / PTO** — Hours

**NET PAY DISTRIBUTION**
Advice #000000001476463 — $1,115.68

**TOTAL:** $1,115.68

MESSAGE:

---

**MaBSTOA**
Treasury Department, Room 7085, 130 Livingston Street
Brooklyn, NY 11201

Deposit Amount: $1,115.68

To the Account(s) Of: ATIBA A JORDAN
3576 Vista Drive
Macungie, PA 18062
Location: 00410

Date: 10/30/19

Advice No. 1476463

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxxxx6211 | $1,115.68 |
| Total: | | $1,115.68 |

**NON-NEGOTIABLE**