# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

| | |
|---|---|
| IN RE:<br>**Atiba A. Jordan**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 19-16658-amc<br><br>HEARING DATE: February 27, 2020<br>TIME: 11: 00 AM<br>LOCATION: COURTROOM #1 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 ("Movant") has filed a Motion for relief from the automatic stay provisions of 11 U.S.C. § 362(a) and the Co-Debtor stay provision of 11 U.S.C. § 1301 with respect to real Mortgaged Premises located at 3576 Vista Drive, Macungie, PA 18062.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.	If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 12, 2020, you or your attorney must do **all** of the following:

>	(a)	file an answer explaining your position at:
>		U.S. Bankruptcy Court
>		Eastern District of Pennsylvania
>		The Madison Building
>		400 Washington Street, Suite 301
>		Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

{Y0602217; 1}

  (b) mail a copy to the Movant's Attorney:
   Michael J. Shavel, Esquire
   Hill Wallack, LLP
   777 Township Line Road, Suite 250
   Yardley, PA 19067
   215-579-7700
   (215)579-9248 (FAX)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Judge Ashely M. Chan on February 27, 2020 at 11: 00 a.m., Courtroom #1, The Madison Building, 400 Washington Street, Reading, PA 19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

         By:  /s/ Michael J. Shavel
         Michael J. Shavel, Esq., Attorney ID 60544
         Hill Wallack, LLP
         777 Township Line Road, Suite 250
         Yardley, PA 19067
         Telephone 215-579-7700
         Facsimile 215-579-9248
         Email: mshavel@hillwallack.com

{Y0602217; 1}