*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Atiba A. Jordan
    Debtor(s)

Case No: 19−16658−amc

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/27/20 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

30
Form 152