UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| IN RE:<br>**Atiba A. Jordan**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 19-16658-amc<br><br>HEARING DATE: February 27, 2020<br>TIME: 11:00 AM<br>LOCATION: COURTROOM #1 |
|---|---|

### ORDER FOR RELIEF

AND NOW, this _____ day of _____, 2020, the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) and the Co-Debtor stay provision of 11 U.S.C. § 1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 3576 Vista Drive, Macungie, PA 18062 (the "Mortgaged Premises"); to name the Debtor and Co-Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Ashely M. Chan, USBJ

{Y0602217; 1}