UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Atiba A. Jordan <br><br><br>    Debtor | Chapter 13 <br> Bankruptcy No.19-16658-PMM |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 14th day of April, 2020, by first class mail upon those listed below:

Atiba A. Jordan
3576 Vista Drive
Macungie, PA  18062

**Electronically via CM/ECF System Only:**

JOSEPH M  FANCERA
c/o PAUL H YOUNG, ESQ
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366


                                                          */s/ Deborah A. Earnshaw*
                                                          Deborah A. Earnshaw
                                                          for
                                                          Scott F. Waterman, Esquire
                                                          Standing Chapter 13 Trustee