UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

    Atiba A. Jordan

                                Bankruptcy No. 19-16658-PMM

                Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 29, 2020**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE