United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 19-16658-pmm
Atiba A. Jordan                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Virginia          Page 1 of 2          Date Rcvd: May 29, 2020
                             Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db            +Atiba A. Jordan,    3576 Vista Drive,   Macungie, PA 18062-2148
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Wilmington Trust, National Association, et al,   c/o Michael J. Shavel, Esquire,
               Hill Wallack LLP,   777 Township Line Rd,   Suite 250,   Yardley, PA 19067-5565
cr            +Wilmington Trust, National Association, not in its,   c/o Hill Wallack, LLP,
               777 Township Line Road, Suite 250,   Yardley, PA 19067-5565
14442625       ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
14410390       Educational Cred Mgmt,   111 Washington Ave,   Minneapolis, MN 55401
14410391      +Fayfinancial,   1601 Lbj Freeway,   Farmers Branch, TX 75234-6512
14410393       Verizon Wireless,   National Recovery Operations,   Minneapolis, MN 55426
14412266      +Wilmington Trust, National Association,   c/o Rebecca A. Solarz, Esq.,   KML Law Group, P.C.,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14436825       Wilmington Trust, National Association, et al,   c/o Fay Servicing, LLC,   PO Box 814609,
               Dallas, TX 75381-4609
14412094      +Wilmington Trust, National Association, not in its,   C/O KML Law Group,
               701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14437329      +Wilmington Trust,National Association,   c/o Michael J. Shavel, Esq.,   777 Township Line Rd.,,
               Suite 250,   Yardley PA 19067-5565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2020 04:12:04    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14410388      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 04:17:54    Capital One,
               Po Box 30253,   Salt Lake City, UT 84130-0253
14416065      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 04:18:15
               Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14410389      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 04:17:36
               Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
14417663       E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2020 04:17:41    LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14410392      +E-mail/PDF: pa_dc_claims@navient.com May 30 2020 04:17:37    Navient,   Po Box 9655,
               Wilkes Barre, PA 18773-9655
14455831       E-mail/PDF: pa_dc_claims@navient.com May 30 2020 04:17:38    Navient CFC,
               c/o Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14455829       E-mail/PDF: pa_dc_claims@navient.com May 30 2020 04:18:12    Navient PC TRUST,
               c/o Navient Solutions, LLC,   PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14437371       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 30 2020 04:17:59
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14434439       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2020 04:11:51
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                       TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                          Signature:   /s/Joseph Speetjens

District/off: 0313-4          User: Virginia          Page 2 of 2          Date Rcvd: May 29, 2020
                             Form ID: pdf900          Total Noticed: 26

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
        CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
        Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
        MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, et al
        mshavel@hillwallack.com,  skenny@hillwallack.com;lharkins@hillwallack.com
        MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
        individual capacity, but solely as trustee for MFRA Trust 2014-2 mshavel@hillwallack.com,
        skenny@hillwallack.com;lharkins@hillwallack.com
        PAUL H. YOUNG    on behalf of Debtor Atiba A. Jordan support@ymalaw.com,  ykaecf@gmail.com,
        paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
        individual capacity, but solely as trustee for MFRA Trust 2014-2 "MFRA Trust 2014-2
        bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                   TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
      Atiba A. Jordan

              Debtor

Chapter 13

Bankruptcy No. 19-16658-PMM

<u>ORDER DISMISSING CHAPTER 13 CASE</u>

      AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

      IT IS FURTHER ORDERED that any wage order entered in this case is hereby
TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 29, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE