## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Atiba A. Jordan,    :    Chapter 13
  :
Debtor    :    Bky. No. 19-16658 PMM

## ORDER DENYING APPLICATION AS MOOT

  **AND NOW**, upon consideration of the Application for Compensation of counsel Paul H. Young (doc. no 35, the "Application"):

  **AND** the Application was filed on March 14, 2020;

  **AND** the case was dismissed on May 29, 2020 (doc. no. 41, the "Dismissal Order");

  **AND** the Dismissal Order did not retain jurisdiction;

It is therefore **ordered** that the Application is **denied as moot**. The Court lacks jurisdiction to determine this matter.

_(signed) Patricia M. Mayer_

**Date: July 27, 2020**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**